UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RANDOLF WAYNE OATES, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*,                               :
:            21-CV-10440 (JMF)
Plaintiff,                                :
:                 ORDER
-v-                                                                            :
:
THE CATHOLIC CHARITIES OF THE                             :
ARCHDIOCESE OF NEW YORK et al.,                          :
:
Defendants.                            :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  **The parties should also indicate whether they have participated in the required settlement conference with Magistrate Judge Moses and, if not, whether the conference should be adjourned to permit them to do so.**  *See* **ECF Nos. 8, 9.**

      After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled or adjourned and addressing any other relevant deadlines and information.  If a conference is held, it will be by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: March 7, 2022  
      New York, New York                        _____
                                                            JESSE M. FURMAN
                                                        United States District Judge